THE PEOPLE, on the relation of Hollister, *vs.* MADISON COMMON PLEAS.

MOTION for a mandamus in an appeal cause. Issue was joined before the justice, and the cause adjourned to a future day. On the adjourned day, the defendant did not appear, the plaintiff proceeded and proved his declaration, and the justice rendered judgment for the plaintiff. The defendant appealed, and the plaintiff moved to quash the appeal; which motion was refused by the court. The court were now asked for a mandamus directing the common pleas to quash the appeal.

*S. Chapman,* for relator.

*J. A. Spencer,* contra.

*By the Court,* SUTHERLAND, J. The motion is denied. An *ex parte* hearing, after issue joined, is a trial within the meaning of the statute. The appeal was therefore correctly prosecuted.